**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In the matter of:** | Case No. 08-55041 JEH |
| **WHITLOW, GREGG ALAN** | |
| **WHITLOW, KARLA** | Chapter 7 |
| | |
| | Judge JOHN E. HOFFMAN JR. |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

   The attached check in the amount of $8.72 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Thomas Nelson Publishers<br>P.O. Box 141000<br>Nashville, TN  37244 | #6 | $3.56 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | #20 | $4.38 |
| Kregal Publications<br>P.O. Box 2607<br>Grand Rapids, MI  49501 | #24 | $0.78 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $8.72 | $0.00 |

Dated:  February 19, 2010              /s/ Frederick L. Ransier
                                       Case Trustee

cc:  U.S. Trustee